# EXHIBIT F

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 13 of U.S. Patent No. 7,592,903** | **Accused Products** |
| --- | --- |
| 13[PRE] A method of communicating with a tire pressure monitor system comprising: | To the extent the preamble is limiting, the TP150 is a tire pressure monitoring tool that is designed and intended to be used to perform a method of communicating with a tire pressure monitor system.<br><br>For example, the "TP-series … is a smart TPMS Diagnostic Tool powered by Xtooltech" that performs various methods of communicating with a tire pressure monitor system.<br><br>TP-series (TP150/TP200) is a smart TPMS Diagnostic Tool powered by Xtooltech. This product support TPMS DTC code check & live data for most of the vehicles on the market, 315/433MHz tire-pressure sensor check, read OEM sensor ID and program it into Xtool universal tire-pressure sensors. This tool can perform such functions:<br>• Check TPMS sensors (read sensor ID / pressure / temperature / battery status)<br>• TPMS diagnostics (DTC check & clear / read sensor ID)<br>• Program Xtool universal tire-pressure sensors<br>• TPMS relearn<br>• Check OEM TPMS sensors<br>• Etc.…<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 3.<br><br>For example, the TP150 is a "tool [that] can perform various TPMS-related functions like diagnostics, check sensors and provide learning instructions."<br><br>**2. TPMS FUNCTIONS**<br><br>By selecting the TPMS menu on the main screen, this tool can perform various TPMS-related functions like diagnostics, check sensors and provide learning instructions.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 6. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 13 of U.S. Patent No. 7,592,903** | **Accused Products** |
|---|---|
| | <br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 4. |
| 13[A] requesting vehicle data of a vehicle; | The TP150 requests data of a vehicle. For example, after connecting the TP150 tool to a vehicle, the tool requests vehicle data of the vehicle by prompting for vehicle selection information. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| | <br>VEHICLE COMMUNICATION<br>The picture below shows how the device connects to the vehicle.<br>1. Turn on the ignition switch of the vehicle, and turn on the device.<br>2. Connect the DB15 plug of the cable to the device.<br>3. Find the OBD port on the vehicle, and plug the OBD socket of the cable inside it.<br>4. Now you are ready for TPMS diagnostics.<br>⚠ Note: The vehicle's DLC is not always located under the dash; for the location of the DLC, please refer to the vehicle owner's manual.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 4. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

<table>
<tr><th>Claim 13 of U.S. Patent No. 7,592,903</th><th>Accused Products</th></tr>
<tr><td></td><td>

**MAIN MENU & MODEL SELECTION**

- Select the TPMS menu and get into the vehicle selection page.
- Then select the vehicle area. The area is determined by where the manufacturer is founded, like you need to get into America menu to find Ford.
- Then select the manufacturer, the model and the model year.

⚠ ***Note: Sometimes there are vehicles that are in the same model year, but with different sensors or different frequencies. You can check the repair manual, or check the OEM sensor itself to get inside the correct menu.***

⚠ ***Note: There are some models that are using indirect TPMS systems. Those models do not have sensors inside so they are mostly not supported.***




https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 6.
</td></tr>
<tr><td>13[B] accessing stored tire pressure monitor system information;</td><td>The TP150 accesses stored tire pressure monitor system information. For example, the select vehicle by area, make, and model screens demonstrate that there is multiple stored tire pressure monitor system information for multiple vehicles, and the tool accesses the stored tire pressure monitor system information in response to receiving menu selections. See 13[A].</td></tr>
</table>

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

<table>
<tr><th>Claim 13 of U.S. Patent No. 7,592,903</th><th>Accused Products</th></tr>
<tr><td></td><td>

**MAIN MENU & MODEL SELECTION**

- Select the TPMS menu and get into the vehicle selection page.
- Then select the vehicle area. The area is determined by where the manufacturer is founded, like you need to get into America menu to find Ford.
- Then select the manufacturer, the model and the model year.

⚠ ***Note: Sometimes there are vehicles that are in the same model year, but with different sensors or different frequencies. You can check the repair manual, or check the OEM sensor itself to get inside the correct menu.***

⚠ ***Note: There are some models that are using indirect TPMS systems. Those models do not have sensors inside so they are mostly not supported.***




https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 6.
</td></tr>
<tr><td>13[C] determining whether at least a portion of the tire pressure monitor system information is associated with the vehicle data;</td><td>The TP150 determines whether at least a portion of the tire pressure monitor system information is associated with the vehicle data. For example, the TP150 prompts the user to input the vehicle manufacturer area, make, and model of the tested vehicle after selecting the "TPMS" function. See https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 6. And once the vehicle is selected, the TP150 displays the supported functions associated with the received vehicle data. Id.</td></tr>
</table>

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

<table>
<tr><th>Claim 13 of U.S. Patent No. 7,592,903</th><th>Accused Products</th></tr>
<tr><td></td><td>

**MAIN MENU & MODEL SELECTION**

- Select the TPMS menu and get into the vehicle selection page.
- Then select the vehicle area. The area is determined by where the manufacturer is founded, like you need to get into America menu to find Ford.
- Then select the manufacturer, the model and the model year.

⚠ ***Note: Sometimes there are vehicles that are in the same model year, but with different sensors or different frequencies. You can check the repair manual, or check the OEM sensor itself to get inside the correct menu.***

⚠ ***Note: There are some models that are using indirect TPMS systems. Those models do not have sensors inside so they are mostly not supported.***




https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 6.

</td></tr>
</table>

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 13 of U.S. Patent No. 7,592,903** | **Accused Products** |
|---|---|
| | When you selected the model, you can choose one of the functions below:<br>● **Sensor Check:** Check the sensor that has already installed inside the vehicle.<br>● **Diagnostics:** Check & clear the fault codes that are inside the system, and check the sensor IDs saved inside the system.<br>● **Programming:** Program XTOOL tire-pressure sensors to make them fit inside the vehicle.<br>● **Relearn:** After installation, if the ID of the sensor doesn't match the sensor ID inside the vehicle, check the relearning steps to match those IDs.<br>● **Sensor Information:** Check the information on the OEM sensors and XTOOL sensors.<br><br>⚠ ***Note: Not all the models support all those functions listed above. Please check the support list on our official website to see if the tool can perform the functions you need.***<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 6. |
| 13[D] determining whether the tire pressure monitor system information comprises at least one of a reset procedure and a diagnostic procedure associated with the tire pressure monitor system; | The TP150 determines whether the tire pressure monitor system information comprises at least one of a reset procedure and a diagnostic procedure associated with the tire pressure monitor system.<br><br>For example, the TP150 determines whether the tire pressure monitor system information associated with the vehicle data comprises at least a reset procedure, such as a "relearn" function, and a diagnostic procedure, such the "diagnostics" function. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

<table>
<tr><th>Claim 13 of U.S. Patent No. 7,592,903</th><th>Accused Products</th></tr>
<tr><td></td><td>
When you selected the model, you can choose one of the functions below:<br>
● Sensor Check: Check the sensor that has already installed inside the vehicle.<br>
● Diagnostics: Check & clear the fault codes that are inside the system, and check the sensor IDs saved inside the system.<br>
● Programming: Program XTOOL tire-pressure sensors to make them fit inside the vehicle.<br>
● Relearn: After installation, if the ID of the sensor doesn't match the sensor ID inside the vehicle, check the relearning steps to match those IDs.<br>
● Sensor Information: Check the information on the OEM sensors and XTOOL sensors.<br>


<br>
<u>⚠ Note: Not all the models support all those functions listed above. Please check the support list on our official website to see if the tool can perform the functions you need.</u><br>
https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 6.
</td></tr>
</table>

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| | <br>https://www.youtube.com/watch?v=gQXUMmscQSs at 5:31 |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| | **TPMS RELEARN**<br><br>Sometimes when new sensors are installed into the vehicle, the TPMS light will light up as the vehicle won't recognize the sensor. Usually this is because the ID in the sensor is not matched with the ID in the vehicle, and you can solve this by relearn TPMS.<br><br>This tool will show the guide for the entire relearning procedure and provide help on some of the steps (like triggering sensors, write IDs into the system, etc.)<br><br>⚠ ***Note: Some vehicle will need extra steps on the procedures introduced below. Please refer to the guide shown on the device when actual processing.***<br><br>Here are several ways to do TPMS relearn to your vehicle:<br><br>**AUTOMATIC RELEARN:** Some vehicles can automatically recognize new sensors when driving. Usually when doing automatically relearn, get all 4 wheels on standard tire pressure, and take the vehicle on a drive (normally ⩾25km/h or 15mph) for about 20 minutes (or longer). The vehicle will automatically recognize new sensors and the TPMS light will turn off.<br><br>**OBD RELEARN:** Some vehicles need to rewrite the sensor IDs inside the system. Normally when doing that, plug the too onto the OBD port of the vehicle, and click "OBD relearn" on the screen. The device will write the ID into the system.<br><br>**STATIONARY RELEARN:** Some vehicles can get into sensor relearn mode by triggering some specific actions. When you get in this mode, activate the sensors one by one and the vehicle will recognize every sensor once you activate it.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 11. |

<table>
<tr><th>Claim 13 of U.S. Patent No. 7,592,903</th><th>Accused Products</th></tr>
<tr><td></td><td>TPMS DIAGNOSTICS<br><br>Before performing diagnostics, please check “Vehicle Communication” and connect the device to the vehicle.<br><br>When you click “diagnostics” menu, the device will try to establish connections to the vehicle.<br><br>When connected, the tool will check the info from TPMS and show it on the screen.<br><br>The screen will also show the fault codes that are present inside the system; click “View Fault Code” to check details, and click “Clear fault code” to clear them.<br><br>⚠ Note: If you checked the sensors before going into diagnostics, the sensor ID will show the IDs that were found when triggering them.<br><br>⚠ Note: Before clearing the fault codes, make sure you have fixed the problem that are described by the fault codes.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 7.</td></tr>
</table>

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 13 of U.S. Patent No. 7,592,903** | **Accused Products** |
|---|---|
| | <br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 8. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

<table>
<tr><th>Claim 13 of U.S. Patent No. 7,592,903</th><th>Accused Products</th></tr>
<tr><td></td><td>




https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 8.

</td></tr>
</table>

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 13 of U.S. Patent No. 7,592,903** | **Accused Products** |
|---|---|
| | <br>https://www.youtube.com/watch?v=gQXUMmscQSs at 7:56 |
| 13[E] communicating with an electronic control unit of the vehicle; | The TP150 communicates with an electronic control unit (ECU) of the vehicle. For example, the "OBD relearn" functionality communicates with the ECU of the vehicle. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| | <br>https://www.youtube.com/watch?v=gQXUMmscQSs at 22:43. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| | • **Precautions for Diagnosis**<br><br>1. The voltage range on the car: +9~+16V DC;<br><br>2. The electronic control systems of different models are very complicated. If you encounter situations where it is impossible to test or a large amount of test data is abnormal, you can search for the ECU of the vehicle and select the menu for the model on the ECU nameplate;<br><br>3. If the vehicle type or electronic control system to be tested is not found in the diagnostic function, please update the vehicle diagnostic software to the latest version or consult the XTOOL technical service department;<br><br>4. Only wiring harnesses provided by XTOOL and designed for the scan tool are permitted to be used with this scan tool to avoid damage to the vehicle or the tool;<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 4.<br><br>**COPY ID VIA ECU INFO**<br><br>This allows you to get the ID from TPMS info and program the ID in XTOOL sensor.<br><br>Before doing that, make sure you have already done diagnostics to the TPMS.<br><br>After diagnostics, go to "Copy ID via ECU info,", press "OK" to view sensor information.<br><br>Select the tire you want to replace the sensor, then go to programming.<br><br>Put the sensor you need to program close to the top of the tool. The tool will automatically scan the sensor and show it on the screen.<br><br>The screen will show the S/N of the sensor when detected; check iif the S/N is correct.<br><br>If so, click button to start programming; if not. Click "Back" button and detect again.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 10. |
| 13[F] initiating at least one tire pressure sensor provided on at least wheel | The TP150 initiates at least one tire pressure sensor provided on at least wheel of the vehicle enabling the at least one tire pressure sensor to communicate with the electronic control unit. |

**EXHIBIT F TO BOSCH AUTOMOTIVE’S COMPLAINT**

<table>
<tr><th>Claim 13 of U.S. Patent No. 7,592,903</th><th>Accused Products</th></tr>
<tr><td>of the vehicle enabling the at least one tire pressure sensor to communicate with the electronic control unit;</td><td>

**SENSOR CHECK & TRIGGERING**

Trigger

When checking the sensors, the tool will tell you which tire should be triggered first, with the tire highlighted on the screen. You can also select the tire to be triggered using the directions buttons.

When triggering, put the top of the tool close to the sensor (or the valve on the tire) and click button.

The tool will scan the closest sensor around and show the data from the sensor when detected.



<table>
<tr><th>ID</th><th>kPa</th><th>degC</th><th>Power</th></tr>
<tr><td></td><td></td><td></td><td></td></tr>
</table>

https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 7.




⑫ **Sensor triggering area:** When activating/programming sensors, put them close to this area.

https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, pp. 3-4.

</td></tr>
</table>

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
| --- | --- |
| | **SENSOR TRIGGERING**<br><br>The picture on the left shows how the device can trigger the tire-pressure sensor.<br>1. Select activation or program menu on the device;<br>2. Put the device close to the sensor (if the sensor is already installed inside the tire, close to the valve);<br>3. Click button to start triggering.<br>***Note: When triggering sensors, we suggest to put the sensor that needs to be triggered 10 cm (4 inch) close to the device. And to avoid interference, please put other sensors 2 meters (7 feet) away from the device if possible.***<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 5. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| | <br>https://www.youtube.com/watch?v=gQXUMmscQSs at 18:25. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
| --- | --- |
| | <br>https://www.youtube.com/watch?v=gQXUMmscQSs at 18:32. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| | **TPMS RELEARN**<br><br>Sometimes when new sensors are installed into the vehicle, the TPMS light will light up as the vehicle won't recognize the sensor. Usually this is because the ID in the sensor is not matched with the ID in the vehicle, and you can solve this by relearn TPMS.<br><br>This tool will show the guide for the entire relearning procedure and provide help on some of the steps (like triggering sensors, write IDs into the system, etc.)<br><br>***⚠ Note: Some vehicle will need extra steps on the procedures introduced below. Please refer to the guide shown on the device when actual processing.***<br><br>Here are several ways to do TPMS relearn to your vehicle:<br><br>**AUTOMATIC RELEARN:** Some vehicles can automatically recognize new sensors when driving. Usually when doing automatically relearn, get all 4 wheels on standard tire pressure, and take the vehicle on a drive (normally ⩾25km/h or 15mph) for about 20 minutes (or longer). The vehicle will automatically recognize new sensors and the TPMS light will turn off.<br><br>**OBD RELEARN:** Some vehicles need to rewrite the sensor IDs inside the system. Normally when doing that, plug the too onto the OBD port of the vehicle, and click "OBD relearn" on the screen. The device will write the ID into the system.<br><br>**STATIONARY RELEARN:** Some vehicles can get into sensor relearn mode by triggering some specific actions. When you get in this mode, activate the sensors one by one and the vehicle will recognize every sensor once you activate it.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 11. |
| 13[F] providing feedback to a user of the tire pressure monitor system indicating that the at least one sensor has been initiated; and | The TP150 is configured to provide feedback to a user of the tire pressure monitor system indicating that the at least one sensor has been initiated. For example, the TP150 displays the detected sensor on the screen with an initiation indicator icon and/or message and/or emits a sound or beeps after a user triggers the sensor. In an example, the TP150 causes the vehicle horn to beep, after a user triggers the sensor, during the relearn process. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 13 of U.S. Patent No. 7,592,903** | **Accused Products** |
|---|---|
| | <br>https://www.youtube.com/watch?v=gQXUMmscQSs at 12:51. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| |   https://www.youtube.com/watch?v=gQXUMmscQSs at 13:13. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 13 of U.S. Patent No. 7,592,903** | **Accused Products** |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=gQXUMmscQSs at 13:32. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 13 of U.S. Patent No. 7,592,903** | **Accused Products** |
|---|---|
| |   https://www.youtube.com/watch?v=gQXUMmscQSs at 18:32. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
| --- | --- |
| | <br><br>https://www.youtube.com/watch?v=gQXUMmscQSs at 22.12. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| | <br>https://www.youtube.com/watch?v=gQXUMmscQSs at 23:01 (vehicle horn beeping upon successful initiation and relearning), 23:07. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| 13[H] simulating the at least one tire pressure sensor validate that the tire pressure monitor system is functional. | The TP150 is configured to simulate the at least one tire pressure sensor validate that the tire pressure monitor system is functional. For example:   https://www.youtube.com/watch?v=gQXUMmscQSs at 20:33. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| | **SENSOR CHECK & TRIGGERING**<br><br>When checking the sensors, the tool will tell you which tire should be triggered first, with the tire highlighted on the screen. You can also select the tire to be triggered using the directions buttons.<br><br>When triggering, put the top of the tool close to the sensor (or the valve on the tire) and click button.<br><br>The tool will scan the closest sensor around and show the data from the sensor when detected.<br><br><br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/TP150_User_Manual.pdf?v=1745986461&ref=dddvquwv, p. 7. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| | <br>https://www.youtube.com/watch?v=gQXUMmscQSs at 16:45. |

**EXHIBIT F TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 13 of U.S. Patent No. 7,592,903 | Accused Products |
|---|---|
| | <br>https://www.youtube.com/watch?v=gQXUMmscQSs at 18:58.<br><br>*See also, e.g.*, https://www.xtooltech.com/videos/xtool-tp150-tire-pressure-diagnosis-tool-operation-video.html at 1:22 - 1:41. |