# EXHIBIT G

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

<table>
<tr><th>Claim 15 of U.S. Patent No. 8,072,320</th><th>Accused Products</th></tr>
<tr><td>15[PRE] A method of using a tire pressure monitoring tool, comprising:</td><td>To the extent the preamble is limiting, the IP919 PRO is a tire pressure monitoring tool, and is designed and intended to be used to perform the claimed method.<br><br>For example, the IP919 PRO manual identifies the product as a smart diagnostic scan tool and devotes a section to "TPMS RESET," which performs learning, matching, and resetting functions for tire-pressure sensors.<br><br>1. GENERAL INTRODUCTION<br>The XTOOL IP919 PRO smart diagnostic system (referred to as the "Scan Tool") is an advanced scanning tool based on the Android operating system. It supports multiple languages and is suitable for different countries and regions. The advantage of this OBD-II (On-Board Diagnostics version 2) scanner is its comprehensive functions and its ability to quickly provide the user with more accurate diagnostic information.<br>TABLET<br><br>VCI BOX<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/IP919PRO_User_Manual_241212.pdf?v=1733975409&ref=dddvquwv, p. 4.</td></tr>
</table>

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 15 of U.S. Patent No. 8,072,320 | Accused Products |
|---|---|
| | **3.8 TPMS RESET**<br>This function allows to perform the learning and matching and resetting functions of the tire pressure sensor.<br>TPMS Reset may be performed in the following cases:<br>● Tire replacement<br>● After troubleshooting tire pressure related problems<br>● Other causes of loss of signal from the tire pressure sensor<br>***1. For tire pressure sensor matching, some vehicle models may need the TPMS activation tool;***<br>***2. After learning process, you may need to run the car for some while before the fault light goes off;***<br>***3. Tire pressure imbalance may also cause the tire pressure light;***<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/IP919PRO_User_Manual_241212.pdf?v=1733975409&ref=dddvquwv, p. 35. |

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 15 of U.S. Patent No. 8,072,320 | Accused Products |
|---|---|
| | <br>https://www.youtube.com/watch?v=nTninTEbdYA at 8:40. |

<u>**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**</u>

<table>
<tr><th>Claim 15 of U.S. Patent No. 8,072,320</th><th>Accused Products</th></tr>
<tr><td></td><td>



https://www.xtoolglobal.com/pages/vehicle-coverage?srsltid=AfmBOopI7JPHYk1vHSzjgFZQpr4KdLjc5WhFIUaMp8mpKOeARX2Rd_I5




https://www.xtoolglobal.com/pages/vehicle-coverage?srsltid=AfmBOopI7JPHYk1vHSzjgFZQpr4KdLjc5WhFIUaMp8mpKOeARX2Rd_I5
</td></tr>
<tr><td>15[A] requesting a vehicle data using a display on the monitoring tool;</td><td>The IP919 PRO requests vehicle data using a display on the monitoring tool. For example, the IP919 PRO allows a user to prompt a user and request vehicle data using a display on the monitoring tool:</td></tr>
</table>

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 15 of U.S. Patent No. 8,072,320 | Accused Products |
| --- | --- |
| | **VEHICLE SELECTION**<br><br>The scan tool supports the following 3 ways to access the smart diagnostics system.<br><br>• **AUTO SCAN**<br>• **MANUAL INPUT**<br>• **SELECT VEHICLE BY AREA**<br><br><br><br>Click the VIN button in the upper left corner and then choose to enter the vehicle diagnosis through either **AUTO SCAN or MANUAL INPUT**.<br><br>**AUTO SCAN:** It supports the automatic reading of vehicle VIN code. You also can |

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 15 of U.S. Patent No. 8,072,320 | Accused Products |
| --- | --- |
| | tap on the button "AUTO SCAN" on the diagnosis system entrance to use this function. Please make sure that the car and the device are well connected before using this function.<br><br>***⚠ If your model is not recognized, please try the following steps:***<br><br>***① UPDATE all software, and check whether the APP is updated in [Settings]***<br><br>***② Please click Diagnosis on the main menu to enter the selection menu, manually select the engine system to read the ECU information, and confirm whether the VIN can be read.***<br><br>***③ Contact the XTOOL technical team to provide the VIN code to confirm whether the model supports automatic identification of VIN.***<br><br>**MANUAL ENTER:** It supports manual input of car VIN code. When entering the VIN code manually, make sure that the 17 characters entered are correct to ensure accurate test results.<br><br> |

**EXHIBIT G TO BOSCH AUTOMOTIVE’S COMPLAINT**

<table>
<tr><th>Claim 15 of U.S. Patent No. 8,072,320</th><th>Accused Products</th></tr>
<tr><td></td><td>

**● SELECT VEHICLE BY AREA**

In addition to the above 3 methods, you can also choose a car brand by selecting the appropriate region at the top of the screen. You can select the vehicle model that needs to be diagnosed according to the area, as shown below:




https://cdn.shopify.com/s/files/1/0270/5571/8444/files/IP919PRO_User_Manual_241212.pdf?v=1733975409&ref=dddvquwv, pp. 7-9.

</td></tr>
<tr><td>15[B] receiving the requested vehicle data;</td><td>The IP919 PRO receives the requested vehicle data.<br><br>*See* 15[A]</td></tr>
</table>

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 15 of U.S. Patent No. 8,072,320** | **Accused Products** |
|---|---|
| | |
| 15[C] accessing a tire pressure monitoring system from a memory of the tool, the memory storing a plurality of tire pressure monitoring systems; and | The IP919 PRO accesses a tire pressure monitoring system from a memory of the tool, the memory storing a plurality of tire pressure monitoring systems.<br><br>For example, the IP919 PRO stores tire pressure monitoring systems for a plurality of vehicles, each having its own tire pressure monitoring system for one or more geographical regions. The tire pressure monitoring system for a vehicle is accessed and retrieved from the memory of the tool based upon the received vehicle data.<br><br>*See, e.g.*, https://cdn.shopify.com/s/files/1/0270/5571/8444/files/IP919PRO_User_Manual_241212.pdf?v=1733975409&ref=dddvquwv, pp. 7-9, pp. 35-38, 42. |

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 15 of U.S. Patent No. 8,072,320 | Accused Products |
|---|---|
| | **5. UPDATE & FACTORY RESET**<br><br>**UPDATE**<br><br>After activating the device, please **update** the software modules identified in the **"Updates"** screen. The device will identify all currently available software packages, and you can download them as needed. ALL software updates directly via the Internet. To access the update application, open the Diagnostic application and click Updates to enter the screen shown below:<br><br><br><br>⚠ ***After contacting your XTOOL Support to change the language configuration, you need to download all the software packages on the device again.***<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/IP919PRO_User_Manual_241212.pdf?v=1733975409&ref=dddvquwv, p. 42. |

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 15 of U.S. Patent No. 8,072,320** | **Accused Products** |
| --- | --- |
| | <br>https://www.youtube.com/watch?v=nTninTEbdYA (showing TPMS Reset annotated in yellow at 5:44) |

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 15 of U.S. Patent No. 8,072,320** | **Accused Products** |
| --- | --- |
| |  https://www.youtube.com/watch?v=nTninTEbdYA at 9:09 |
| 15[D] determining the tire pressure monitoring system used by a vehicle based on the vehicle data. | The IP919 PRO determines the tire pressure monitoring system used by a vehicle based on the vehicle data. For example: |

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 15 of U.S. Patent No. 8,072,320 | Accused Products |
|---|---|
| | Even for the same model, its tire pressure system may differ by the region where it is manufactured. Therefore, under the TPMS Reset function, we provide 6 menus for the major automotive manufacturing regions, including ***Korea, Japan, USA, China, Australia*** and ***Europe***, as shown below.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/IP919PRO_User_Manual_241212.pdf?v=1733975409&ref=dddvquwv, p. 35.<br><br>And then please enter the sub-menu by the origin region of car make and select the vehicle model you need<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/IP919PRO_User_Manual_241212.pdf?v=1733975409&ref=dddvquwv, p. 36. |

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 15 of U.S. Patent No. 8,072,320** | **Accused Products** |
|---|---|
| | <br>https://www.youtube.com/watch?v=nTninTEbdYA (annotated to show vehicle data in yellow and the TPMS in red at 9:09) |

| **Claim 16 of U.S. Patent No. 8,072,320** | **Accused Products** |
|---|---|
| 16[PRE] The method of claim 15 further comprising: | *See* Claim 15 |
| 16[A] accessing the memory for a communication protocol from a plurality of communication protocols used by the tire pressure monitoring systems; and | The IP919 PRO accesses the memory for a communication protocol from a plurality of communication protocols used by the tire pressure monitoring system. For example, the IP919 PRO supports multiple communication protocols: |

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 16 of U.S. Patent No. 8,072,320** | **Accused Products** |
|---|---|
| | **Benefits:**<br>• **Speed**: Qualcomm octa-core processor ensures fast and efficient diagnostics.<br>• **Efficiency**: Advanced protocol support (CAN FD, DOIP, FCA) enhances service capabilities.<br>https://www.xtoolglobal.com/products/xtool-inplus-ip919pro<br><br>6. **FCA AutoAuth Access**:<br>• Comprehensive safety certification for vehicle gateways.<br>• Covers models from Jeep, Dodge, Chrysler, Porsche, Maserati, and Fiat manufactured after 2018.<br>• Bypasses security gateway limitations, enabling hassle-free diagnostics and seamless access to essential functions.<br>7. **Advanced Protocol Support**:<br>• **CAN FD**: Enhanced compatibility with modern vehicles.<br>• **DOIP**: Supports newer vehicles utilizing the DOIP protocol.<br>https://www.xtoolglobal.com/products/xtool-inplus-ip919pro |

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 16 of U.S. Patent No. 8,072,320 | Accused Products |
|---|---|
| | Vehicle Coverage & Protocol Support<br>OBD2 coverage means a scanner can communicate through standardized on-board diagnostics protocols and provide core engine and emissions data on compliant vehicles. At minimum, a good scanner should support widely used standards such as ISO 9141-2, ISO 14230 (KWP200), and ISO 15765 (CAN). For many newer vehicles, you may also need support for CAN FD, which is a faster version of CAN used on a growing number of modern platforms, or DoIP (Diagnostics over Internet Protocol), which is increasingly common on newer electrical architectures. If you service imports or vehicles outside North America, it is also important to confirm compatibility with regional variations such as EOBD in Europe and JOBD in Japan. For late-model vehicles, especially newly redesigned platforms or higher-end models, newer protocol support becomes a real buying factor rather than a bonus. The safest approach is to confirm compatibility by make, model, and year rather than assuming coverage because a manufacturer name is listed.<br>**Recommended Professional Diagnostic Platforms**<br>When working on newer vehicles that utilize CAN FD and DoIP communication, it is important to choose a platform designed for modern vehicle architectures. Professional solutions such as the XTOOL D Series and IP Series offer broader protocol coverage and enhanced diagnostic depth for late-model vehicles.<br>https://www.xtooltech.com/blog/what-features-should-a-diagnostic-scanner-have.html |
| 16[B] communicating with an electronic control unit of the vehicle using the communication protocol of the determined tire pressure monitoring system. | The IP919 PRO communicates with an electronic control unit of the vehicle using the communication protocol of the determined tire pressure monitoring system. For example: |

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 16 of U.S. Patent No. 8,072,320 | Accused Products |
|---|---|
| | Vehicle Coverage & Protocol Support<br>OBD2 coverage means a scanner can communicate through standardized on-board diagnostics protocols and provide core engine and emissions data on compliant vehicles. At minimum, a good scanner should support widely used standards such as ISO 9141-2, ISO 14230 (KWP200), and ISO 15765 (CAN). For many newer vehicles, you may also need support for CAN FD, which is a faster version of CAN used on a growing number of modern platforms, or DoIP (Diagnostics over Internet Protocol), which is increasingly common on newer electrical architectures. If you service imports or vehicles outside North America, it is also important to confirm compatibility with regional variations such as EOBD in Europe and JOBD in Japan. For late-model vehicles, especially newly redesigned platforms or higher-end models, newer protocol support becomes a real buying factor rather than a bonus. The safest approach is to confirm compatibility by make, model, and year rather than assuming coverage because a manufacturer name is listed.<br>**Recommended Professional Diagnostic Platforms**<br>When working on newer vehicles that utilize CAN FD and DoIP communication, it is important to choose a platform designed for modern vehicle architectures. Professional solutions such as the XTOOL D Series and IP Series offer broader protocol coverage and enhanced diagnostic depth for late-model vehicles.<br>https://www.xtooltech.com/blog/what-features-should-a-diagnostic-scanner-have.html<br><br>*See also*, *e.g.*,https://cdn.shopify.com/s/files/1/0270/5571/8444/files/IP919PRO_User_Manual_241212.pdf?v=1733975409&ref=dddvquwv, pp. 7-9, p. 12, 13, 17. |

**EXHIBIT G TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 16 of U.S. Patent No. 8,072,320 | Accused Products |
|---|---|
| | **DIAGNOSIS FUNCTIONS**<br>Diagnostics functions supported by the scan tool are listed below:<br>● **Read ECU Information**<br>● **Read/Clear Trouble Code**<br>● **Read Live Data**<br>● **Freeze Frame**<br>● **Actuation Test (Bi-Directional Control)**<br>● **Special functions**<br><br>● **Read ECU Information**<br>This function is to read ECU version information and is the equivalent of "**System Identification**" or "**System Information**" in some electronic control systems. These equivalent terms all refer to reading ECU-related software and hardware<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/IP919PRO_User_Manual_241212.pdf?v=1733975409&ref=dddvquwv, p. 10. |