# EXHIBIT H

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 9 of U.S. Patent No. 8,396,622** | **Accused Products** |
|---|---|
| 9[PRE] A method for vehicle diagnostics, comprising: | To the extent the preamble is limiting, the D8S is a diagnostic tool that is designed and intended to be used to perform a method for vehicle diagnostics.<br><br>Please read this user manual carefully before using the D8S Smart Diagnostic System, referred to as the "Scan Tool" throughout this document. When reading the manual, please pay attention to the words "Note" or "Caution", and read them carefully for appropriate operation.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 1.<br><br>**1. GENERAL INTRODUCTION**<br><br>The XTOOL D8S smart diagnostic system (referred to as the "Scan Tool") is an advanced scanning tool based on the Android operating system. It supports multiple languages and is suitable for different countries and regions. The advantage of this OBD-II (On-Board Diagnostics version 2) scanner is its comprehensive functions and its ability to quickly provide the user with more accurate diagnostic information.<br><br>D8S Smart diagnostics System main units included:<br><br>• Tablet<br>• OBD2-16 Adapter<br>• Main test cable (DB15 to OBD-16)<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 3. |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| | <br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 4. |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| | **VEHICLE CONNECTION**<br><br>The scan tool must be connected to the vehicle's OBD-II port so that the tablet can establish correct vehicle communication. Please perform the following steps:<br><br>1 Turn on the tablet<br>2 Connect vehicle and tablet via the main test cable and OBD adapter<br>3 Switch on the ignition and tap on the Diagnostic application to start your diagnosis.<br><br>The connection method is shown in the figure below:<br><br><br><br>1. Vehicle<br>2. OBD2-16 adapter<br>3. DB15 test cable<br>4. Tablet<br><br>i ***Note: The vehicle's DLC is not always located under the dash; for the location of the DLC, please refer to the vehicle owner's manual.***<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 4. |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| | **2. DIAGNOSTIC**<br><br>The diagnostic application can read ECU information, read and clear DTC (Diagnostic Trouble Codes) and check live data and freeze frame data. The Diagnostic application can access the ECU of various vehicle control systems, including the Engine, Transmission, Anti-lock Braking System (ABS), Airbag Safety Restraing System (SRS), Electronic Parking Brake system (EPB) and perform many types of actuation tests.<br><br>**BEGINNING DIAGNOSTIC TESTING**<br><br>After the tablet device is properly connected to the vehicle, you could start the vehicle diagnosis.<br><br>**VEHICLE SELECTION**<br><br>The scan tool supports the following 3 ways to access the smart diagnostics system.<br><br>● **AUTO SCAN**<br>● **MANUAL INPUT**<br>● **SELECT VEHICLE BY AREA**<br><br><br><br>Click the VIN button in the upper left corner and then choose to enter the vehicle diagnosis through either **AUTO SCAN or MANUAL INPUT**.<br><br>**AUTO SCAN:** It supports the automatic reading of vehicle VIN code. You also can tap on the button "AUTO SCAN" on the diagnosis system entrance to use this function. Please make sure that the car and the device are well connected before using this function.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 5. |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| | 4. If the vehicle type or electronic control system to be tested is not found in the diagnostic function, please upgrade the vehicle diagnostic software to the latest version using the Updates menu or consult the XTOOL technical service department;<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 5. |
| 9[A] storing software on a computer readable media, configurable for setting up recording of vehicle operations; | The D8S stores software on a computer readable media, configurable for setting up recording of vehicle operations. For example:<br>**OPERATION INSTRUCTIONS**<br>For safe operation, please follow the instructions below:<br>• Keep the device away from heat or fumes when in use.<br>• If the vehicle battery contains acid, please keep your hands and skin or fire sources away from the battery during testing.<br>• The exhaust gas of the vehicle contains harmful chemicals. Please ensure adequate ventilation.<br>• Do not touch the vehicle cooling system components or exhaust manifolds when the engine is running due to the high temperatures reached.<br>• Make sure the car is securely parked, Neutral is selected or the selector is at the P or N position to prevent the vehicle from moving when the engine starts.<br>• Make sure the (DLC) Diagnostic Link Connector is functioning properly before starting the test to avoid damage to the Diagnostic Computer.<br>• Do not switch off the power or unplug the connectors during testing. Doing so may damage the ECU (Electronic Control Unit) and/or the Diagnostic Computer.<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 1. |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| | **5. Enhanced Hardware for Seamless Performance**<br><br>The XTOOL D8S offers powerful hardware upgrades, including:<br><br>• 8-inch HD touchscreen display<br>• Upgraded Android 10 OS<br>• 2GB RAM + 64GB ROM for faster processing<br>• 5000mAh 7.3V battery (equivalent to 10,000mAh)<br>• Dual-band WiFi (2.4GHz & 5GHz)<br>• 8MP camera with built-in microphone and speaker<br><br>https://www.xtoolglobal.com/products/xtool-d8s-update-of-xtool-d8-car-diagnostic-scanner-automotivo-tools-ecu-coding-with-technology-map-doip-can-fd-free-update?srsltid=AfmBOorohb_c_ISBn8ng19VoXsDdm8Br7kdjJjKi0oNIAagtJG3ZylmE.<br><br>**5. UPDATE & FACTORY RESET**<br><br>**UPDATE**<br><br>After activating the device, please **update** the software modules identified in the **"Updates"** screen. The device will identify all currently available software packages, and you can download them as needed. ALL software updates directly via the Internet. To access the update application, open the Diagnostic application and click Updates to enter the screen shown below: |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
| --- | --- |
| | https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 30.<br><br>When the subscription expires, the software has installed on your device itself still is available, but all updates will be invalid. If you delete specific software due to the personal operation, XTOOL is not responsible for supporting the restoration of the software when the subscription expires.<br><br>To renew your subscription, please contact your local dealer, or contact XTOOL technical support team directly.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 31. |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
| --- | --- |
| | Select a network to connect to on the Wi-Fi connection page. You will need to enter the Wi-Fi password to establish Wi-Fi connectivity.<br><br>After successfully connecting to an Internet network connection, the scan tool will jump to **Factory mode** to download the software:<br><br><br><br><br>This download process can take several minutes, largely determined by the speed of your Internet connection. Do not power off the scan tool or walk out of range of the Wi-Fi connection during this period.<br><br>Once the software has been downloaded, the tablet will automatically reboot and request the system language selection again.<br><br><br><br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 32. |

EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| | • **Data recording**<br>The scan tool supports recording the current data values in the form of text. You can view the recorded files in ***Reports->Data Replay.***<br><br><br><br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 10. |
| 9[B] selecting from a plurality of customizable initialization | The D8S selects from a plurality of customizable initialization operations according to Boolean logic. |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| operations according to Boolean logic; | For example, the D8S provides the "Live Data" function when analyzing a specific vehicle module. When performing "Live Data", a plurality of available options for viewing and recording are presented to the user for optional selection and toggle-based initialization. In the below example, the first and second rows were selected.<br> |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 9 of U.S. Patent No. 8,396,622** | **Accused Products** |
|---|---|
| |  |
| 9[C] setting up for recording of the vehicle operations through the software; | The D8S sets up for recording of the vehicle operations through the software.<br><br>For example, the D8S provides the "Live Data" function when analyzing a specific vehicle module. The D8S sets up for recording of the vehicle operations by displaying the live |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

<table>
<tr><th>Claim 9 of U.S. Patent No. 8,396,622</th><th>Accused Products</th></tr>
<tr><td></td><td>parameters and providing "record" and "pause" buttons for recording the selected vehicle operations.<br>
</td></tr>
</table>

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
| --- | --- |
| |   The D8S is configured to "Chart" or "Record" the selected rows. For example: |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| |  |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
| --- | --- |
| |  |
| 9[D] recording operational status information of a vehicle according to selected triggering operations and Boolean logic; and | The D8S records operational status information of a vehicle according to selected triggering operations and Boolean logic.<br><br>*See* 9[B] – 9[C]. |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| | For example, the D8S provides the "Live Data" function when analyzing a specific vehicle module. The D8S records vehicle operations by displaying the live parameters and providing "record" and "pause" buttons for recording the selected vehicle operations.   |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| | <br>The D8S is configured to "Chart" or "Record" the selected rows. For example: |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
| --- | --- |
| |  |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 9 of U.S. Patent No. 8,396,622** | **Accused Products** |
| --- | --- |
| |  <br><br>Also, regarding triggering operations, for example: |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 9 of U.S. Patent No. 8,396,622** | **Accused Products** |
|---|---|
| | ● **READ LIVE DATA**<br>Real-time information about various sensors is called "Live Data". Live Data includes **parameter identifications (PIDs)** of the running engine such as oil pressure, temperature, engine speed, fuel oil temperature, coolant temperature, intake air<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 8.<br><br>temperature, etc. Based on these parameters, we can predict directly where the problem lies, which helps to narrow the scope of maintenance. For some vehicles, during their actual operation, the problems such as performance characteristics or sensitivity reduction, can be evaluated using live data.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 9. |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| | **VEHICLE CONNECTION**<br><br>The scan tool must be connected to the vehicle's OBD-II port so that the tablet can establish correct vehicle communication. Please perform the following steps:<br><br>1 Turn on the tablet<br>2 Connect vehicle and tablet via the main test cable and OBD adapter<br>3 Switch on the ignition and tap on the Diagnostic application to start your diagnosis.<br><br>The connection method is shown in the figure below:<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 4. |
| 9[E] extracting and reviewing the recorded information through the stored software. | The D8S extracts and reviews the recorded information through the stored software.<br><br>For example, once the recording is stopped, it can be extracted and retrieved for review.<br><br>● **Data recording**<br>The scan tool supports recording the current data values in the form of text. You can view the recorded files in ***Reports->Data Replay***.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D8S_User_Manual.pdf?v=1745982992, p. 10. |

**EXHIBIT H TO BOSCH AUTOMOTIVE’S COMPLAINT**

<table>
<tr><th>Claim 9 of U.S. Patent No. 8,396,622</th><th>Accused Products</th></tr>
<tr><td></td><td>


</td></tr>
</table>

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 9 of U.S. Patent No. 8,396,622** | **Accused Products** |
|---|---|
| | <br>After saving the file, the user is presented the option to "Exit" or "Preview" the recording. For example: |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

<table>
<tr><th>Claim 9 of U.S. Patent No. 8,396,622</th><th>Accused Products</th></tr>
<tr><td></td><td>

<br>A user can also exit to the home display and select "Report" > "CSV View" and will see the recorded data for review. For example:</td></tr>
</table>

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| |  |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| |  |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 9 of U.S. Patent No. 8,396,622** | **Accused Products** |
|---|---|
| |   |

**EXHIBIT H TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 8,396,622 | Accused Products |
|---|---|
| |  |