# EXHIBIT I

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 9 of U.S. Patent No. 7,987,028** | **Accused Products** |
| --- | --- |
| 9[PRE] A method of erasing duplicate diagnostic trouble codes from a vehicle, comprising: | To the extent the preamble is limiting, the D7 is a diagnostic tool that is designed and intended to be used to perform a method of erasing duplicate diagnostic trouble codes from a vehicle.<br><br>For example, the D7 is configured to clear diagnostic trouble codes ("DTCs").<br><br>● **CLEAR TROUBLE CODE**<br>It allows for clearing current and historical trouble codes stored in the ECU memory, under the premise that all the troubles have been resolved.<br><br><br><br>Some troubles are immediately detected by the ECU with the key in the run position and without the engine running. Other troubles are not detected until very specific test conditions are met such as engine coolant temperature within a range, speed within a range for a duration of time, throttle percentage within a range, etc.<br><br>If the trouble codes are erased when the trouble remains unresolved, the trouble code will reappear in the ECU the next time the ECU performs the specific diagnostic test for that trouble.<br><br>If the trouble is resolved but there is a stored trouble code, sometimes the ECU will detect the resolution and clear the trouble code or more likely, classify it as "historical" trouble.<br><br>If the trouble is resolved and the user clears the trouble codes, the trouble history will be cleared.<br><br>If the user intends to have another colleague or mechanic investigate the problem, it is not recommended for the user to clear the trouble code since doing so may erase information helpful to others who may investigate the issue.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D7_User_Manual.pdf?v=1745982527&ref=dddvquwv, p. 12.<br><br>For example, when reviewing a diagnostic scan, duplicate DTCs can be shown and erased. |

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
| --- | --- |
| |  https://www.youtube.com/watch?v=4h6byliPieI at 3:54 (annotated). |

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
|---|---|
| | <br>https://www.youtube.com/watch?v=4h6byliPieI at 3:26.<br><br>*See also*, *e.g.*, "Clear All DTCs" functionality: |

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
|---|---|
| | <br>https://www.youtube.com/watch?v=4h6byliPieI at 2:52 |
| 9[A] communicating with vehicle onboard computer systems using a diagnostic tool; | The D7 diagnostic tool communicates with vehicle onboard computer systems. |

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
|---|---|
| | **VEHICLE CONNECTION**<br><br>The scan tool must be connected to the vehicle's OBD-II port so that the tablet can establish correct vehicle communication. Please perform the following steps:<br><br>1 Turn on the tablet<br>2 Connect vehicle and tablet via the main test cable<br>3 Switch on the ignition and tap on the Diagnostic application to start your diagnosis.<br><br>The connection method is shown in the figure below:<br><br><br><br><br>1. Vehicle<br>2. DB15 to OBD2-16 Main Cable<br>3. Tablet<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D7_User_Manual.pdf?v=1745982527&ref=dddvquwv, p. 5. |

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
|---|---|
| | **2. DIAGNOSTIC**<br><br>The diagnostic application can read ECU information, read and clear DTC (Diagnostic Trouble Codes) and check live data and freeze frame data. The Diagnostic application can access the ECU of various vehicle control systems, including the Engine, Transmission, Anti-lock Braking System (ABS), Airbag Safety Restraing System (SRS), Electronic Parking Brake system (EPB) and perform many types of actuation tests.<br><br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D7_User_Manual.pdf?v=1745982527&ref=dddvquwv, p. 8. |
| 9[B] retrieving diagnostic trouble codes stored in multiple vehicle onboard computer systems with the diagnostic tool; | The D7 diagnostic tool retrieves diagnostic trouble codes stored in multiple vehicle onboard computer systems. For example, the D7 retrieves the DTCs stored in the vehicle electronic control unit ("ECU") and other vehicle control systems such as the engine, transmission, anti-lock braking system, supplemental restraint system, and electric parking brake.<br><br>**How an OBD2 Scanner Helps Diagnose Ignition Issues**<br><br>Modern vehicles constantly monitor engine performance through the ECU (Engine Control Unit). When abnormalities are detected, diagnostic trouble codes (DTCs) are stored.<br><br>An advanced OBD2 scanner allows you to access this data instantly.<br><br>https://www.xtoolglobal.com/blogs/news/how-to-diagnose-ignition-problems-using-an-obd2-scanner-with-xtool-a30m-xtool-d5s?srsltid=AfmBOooKqf_7Rrt284bivuCaQ_vTF0EggQpf3LelcrpiEsEAkqktjAAd |

<u>**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**</u>

| **Claim 9 of U.S. Patent No. 7,987,028** | **Accused Products** |
|---|---|
| | **Step-by-Step: Diagnosing Ignition Problems with XTOOL Scanners**<br>**Step 1: Connect the Scanner**<br>Plug the scanner into the vehicle's OBD2 port (usually under the dashboard).<br>**Step 2: Turn Ignition ON**<br>Power the vehicle and allow the scanner to establish ECU communication.<br>**Step 3: Run Auto Scan or Engine Diagnosis**<br>The tool will retrieve stored fault codes related to ignition performance.<br>**Step 4: Analyze Trouble Codes**<br>Review detected DTCs and their explanations directly on the device or app.<br>https://www.xtoolglobal.com/blogs/news/how-to-diagnose-ignition-problems-using-an-obd2-scanner-with-xtool-a30m-xtool-d5s?srsltid=AfmBOooKqf_7Rrt284bivuCaQ_vTF0EggQpf3LelcrpiEsEAkqktjAAd |

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
|---|---|
| | **2. DIAGNOSTIC**<br>The diagnostic application can read ECU information, read and clear DTC (Diagnostic Trouble Codes) and check live data and freeze frame data. The Diagnostic application can access the ECU of various vehicle control systems, including the Engine, Transmission, Anti-lock Braking System (ABS), Airbag Safety Restraing System (SRS), Electronic Parking Brake system (EPB) and perform many types of actuation tests.<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D7_User_Manual.pdf?v=1745982527&ref=dddvquwv, p. 8. |
| 9[C] determining whether duplicate diagnostic trouble codes exists; | The D7 diagnostic tool determines whether duplicate diagnostic trouble codes exists. For example:<br>**2. DIAGNOSTIC**<br>The diagnostic application can read ECU information, read and clear DTC (Diagnostic Trouble Codes) and check live data and freeze frame data. The Diagnostic application can access the ECU of various vehicle control systems, including the Engine, Transmission, Anti-lock Braking System (ABS), Airbag Safety Restraing System (SRS), Electronic Parking Brake system (EPB) and perform many types of actuation tests.<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D7_User_Manual.pdf?v=1745982527&ref=dddvquwv, p. 8. |

**EXHIBIT I TO BOSCH AUTOMOTIVE’S COMPLAINT**

<table>
<tr><th>Claim 9 of U.S. Patent No. 7,987,028</th><th>Accused Products</th></tr>
<tr><td></td><td>



In the process of diagnosis, if the device shows “System is OK” or “No Trouble Code”, it means there is no related trouble code stored in ECU or some troubles are not under the control of ECU. Most troubles are mechanical system troubles or executive circuit troubles. It is also possible that the signal of a sensor may be inaccurate but within limits, which can be examined using Live Data.

https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D7_User_Manual.pdf?v=1745982527&ref=dddvquwv, p. 12.
</td></tr>
</table>

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
|---|---|
| |   https://www.youtube.com/watch?v=4h6byliPieI at 3:54 (annotated). |
| 9[D] clearing any duplicate diagnostic trouble codes; | The D7 diagnostic tool clears any duplicate diagnostic trouble codes. For example: |

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
|---|---|
| | ● **CLEAR TROUBLE CODE**<br>It allows for clearing current and historical trouble codes stored in the ECU memory, under the premise that all the troubles have been resolved.<br><br><br>Some troubles are immediately detected by the ECU with the key in the run position and without the engine running. Other troubles are not detected until very specific test conditions are met such as engine coolant temperature within a range, speed within a range for a duration of time, throttle percentage within a range, etc.<br><br>If the trouble codes are erased when the trouble remains unresolved, the trouble code will reappear in the ECU the next time the ECU performs the specific diagnostic test for that trouble.<br><br>If the trouble is resolved but there is a stored trouble code, sometimes the ECU will detect the resolution and clear the trouble code or more likely, classify it as "historical" trouble.<br><br>If the trouble is resolved and the user clears the trouble codes, the trouble history will be cleared.<br><br>If the user intends to have another colleague or mechanic investigate the problem, it is not recommended for the user to clear the trouble code since doing so may erase information helpful to others who may investigate the issue.<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D7_User_Manual.pdf?v=1745982527&ref=dddvquwv, p. 12.<br><br>For example, when reviewing a diagnostic scan, duplicate DTCs can be shown and erased. |

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 9 of U.S. Patent No. 7,987,028** | **Accused Products** |
|---|---|
| |  |



https://www.youtube.com/watch?v=4h6byliPieI at 3:54 (annotated).

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
|---|---|
| | <br>https://www.youtube.com/watch?v=4h6byliPieI at 3:26.<br><br>*See also*, *e.g.*, "Clear All DTCs" functionality: |

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 9 of U.S. Patent No. 7,987,028** | **Accused Products** |
|---|---|
| | <br>https://www.youtube.com/watch?v=4h6byliPieI at 2:52 |
| 9[E] and selecting all vehicle onboard computer systems from which to erase codes. | The D7 diagnostic tool selects all vehicle onboard computer systems from which to erase codes. For example: |

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
|---|---|
| | <br><br>**2. DIAGNOSTIC**<br>The diagnostic application can read ECU information, read and clear DTC (Diagnostic Trouble Codes) and check live data and freeze frame data. The Diagnostic application can access the ECU of various vehicle control systems, including the Engine, Transmission, Anti-lock Braking System (ABS), Airbag Safety Restraing System (SRS), Electronic Parking Brake system (EPB) and perform many types of actuation tests.<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D7_User_Manual.pdf?v=1745982527&ref=dddvquwv, p. 8. |

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
|---|---|
| | Some models provide multiple entry methods in the sub-menu, including:<br>• Automatic Detection<br>• Manual Selection<br>• System Selection<br><br>**Automatic Detection** will automatically identify the vehicle's VIN code, and then read the information of your target diagnostic object. If you choose "**Manual selection**", then you can continue to select the vehicle brand, year, and model of the vehicle in the sub-menu to diagnose the vehicle. Enter "**System Selection**", you can also diagnose the vehicle according to the system according to your needs after selecting the model.<br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/D7_User_Manual.pdf?v=1745982527&ref=dddvquwv, p. 8. |

**EXHIBIT I TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 9 of U.S. Patent No. 7,987,028 | Accused Products |
|---|---|
| |  https://www.youtube.com/watch?v=4h6byliPieI at 2:52. |