# EXHIBIT J

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 8 of U.S. Patent No. 8,473,145 | Accused Products |
| --- | --- |
| 8[PRE] A method of indicating an urgency repair level of a vehicle, comprising: | To the extent the preamble is limiting, the AD20 PRO (which includes the dongle, Advancer AD20 application, and Advancer Smart Diagnostic Servers) is a diagnostic tool that is designed and intended to be used to perform a method of indicating an urgency repair level of a vehicle.<br><br>For example:<br><br>**XTOOL AD20 PRO – Advanced Wireless OBD2 Scanner for Car Diagnostics**<br><br>The XTOOL AD20 PRO is a compact, user-friendly wireless OBD2 diagnostic tool that transforms your smartphone into a sophisticated car performance monitor and diagnostic scanner. Designed for car owners, DIY enthusiasts, and home mechanics, this tool offers professional-level features at an affordable price. The AD20 PRO allows you to perform advanced diagnostics, monitor vehicle performance, and optimize driving behavior, helping you save time and money by identifying car issues before heading to the repair shop.<br><br>https://www.xtoolglobal.com/products/xtool-ad20-pro-full-system-diagnostic-scanner-obd2-on-board-monitor<br><br>For example, the AD20 PRO performs "in depth DTC lookup" including indicating an urgency repair level of a vehicle, such as by indicating the "critical level" associated with each DTC code. |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 8 of U.S. Patent No. 8,473,145 | Accused Products |
|---|---|
| | <br><br>https://www.xtoolglobal.com/products/xtool-ad20-pro-full-system-diagnostic-scanner-obd2-on-board-monitor |
| 8[A] connecting a diagnostic tool to a data link connector in the vehicle, wherein the diagnostic tool includes an indicator that indicates a level of urgency related to a condition of the vehicle based on a stored diagnostic trouble code (DTC); | The AD20 PRO connects to a data link connector in the vehicle, wherein the AD20 PRO includes an indicator that indicates a level of urgency related to a condition of the vehicle based on a stored diagnostic trouble code (DTC). For example: |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 8 of U.S. Patent No. 8,473,145 | Accused Products |
| --- | --- |
| | <br>https://www.youtube.com/watch?v=KMfaf5pZOzQ&t=67s at 1:08<br><br>For example, the AD20 Pro includes an indicator that indicates the level of urgency related to a condition of the vehicle, such as by displaying a "critical level" (annotated in red below) for each DTC (annotated in yellow below): |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 8 of U.S. Patent No. 8,473,145** | **Accused Products** |
|---|---|
| | <br>https://www.youtube.com/watch?v=KMfaf5pZOzQ&t=67s at 3:41 (annotations) |
| 8[B] powering on the vehicle in order to retrieve diagnostic trouble code (DTC); | The AD20 PRO instructs the user to power on the vehicle in order to start diagnostics. For example: |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 8 of U.S. Patent No. 8,473,145** | **Accused Products** |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=KMfaf5pZOzQ&t=67s at 1:08<br><br><br><br>https://www.xtoolglobal.com/products/xtool-ad20-pro-full-system-diagnostic-scanner-obd2-on-board-monitor at 0:26. |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 8 of U.S. Patent No. 8,473,145 | Accused Products |
| --- | --- |
| | <br>https://cdn.shopify.com/s/files/1/0270/5571/8444/files/ad20pro_manual.pdf?v=1745984887 |

EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT

| Claim 8 of U.S. Patent No. 8,473,145 | Accused Products |
|---|---|
| | <br>https://www.youtube.com/watch?v=52N8SLkW1D0 at 0:45. |
| 8[C] retrieving the DTC and the level of urgency from a database stored in a vehicle diagnostic computer wherein the level of urgency is determined from a pool of information related to vehicle service; | The AD20 PRO retrieves the DTC and the level of urgency from a database stored in a vehicle diagnostic computer, wherein the level of urgency is determined from a pool of information related to vehicle service.<br><br>For example: |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 8 of U.S. Patent No. 8,473,145** | **Accused Products** |
| --- | --- |
| |   https://www.youtube.com/watch?v=52N8SLkW1D0 at 00:23. |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 8 of U.S. Patent No. 8,473,145 | Accused Products |
|---|---|
| |  https://www.youtube.com/watch?v=52N8SLkW1D0 at 00:26. |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 8 of U.S. Patent No. 8,473,145 | Accused Products |
|---|---|
| |   AD20 PRO. |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 8 of U.S. Patent No. 8,473,145** | **Accused Products** |
|---|---|
| |  <br>AD20 PRO. |
| 8[D] displaying on a display a summary of the DTC retrieved; | The AD20 PRO displays a summary of the DTC retrieved. For example, the AD20 PRO is configured to display both a code description summary and summary of the reasons for the fault for each DTC: |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 8 of U.S. Patent No. 8,473,145 | Accused Products |
|---|---|
| | <br>https://www.xtoolglobal.com/products/xtool-ad20-pro-full-system-diagnostic-scanner-obd2-on-board-monitor<br> |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| **Claim 8 of U.S. Patent No. 8,473,145** | **Accused Products** |
|---|---|
| | https://www.youtube.com/watch?v=52N8SLkW1D0 at 3:35 |
| 8[E] indicating with an indicator the level of urgency of repairs for each DTC retrieved, wherein the level of urgency takes the form of multiple levels of urgency and the indicator displayed is distinct for each of the multiple levels of urgency and corresponds only with that level of urgency; and | The AD20 PRO indicates with an indicator the level of urgency of repairs for each DTC retrieved, wherein the level of urgency takes the form of multiple levels of urgency and the indicator displayed is distinct for each of the multiple levels of urgency and corresponds only with that level of urgency.<br><br>For example, the AD20 PRO displays a color-coded numeric "critical level" and/or icon for each retrieved DTC. The critical level takes the form of multiple levels of urgency, such as higher and/or lower numeric identifiers, and the indicator displayed is distinct for each of the multiple levels of urgency and corresponds only with that level of urgency.<br><br><br><br>https://www.youtube.com/watch?v=52N8SLkW1D0 at 00:23. |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 8 of U.S. Patent No. 8,473,145 | Accused Products |
|---|---|
| | <br>https://www.mk3.com/en/xtool-ad20-elm327-advancer-obd2-diagnostic-scanner?srsltid=AfmBOoo9fnOBOV_AHlcJmNjDytQ6kotrpXtYTxL1lnkBSZzuBC27XiaE |
| 8[F] indicating with words a suggested action based on the DTC. | The AD20 PRO indicates with words a suggested action based on the DTC.<br><br>For example, the AD20 PRO displays "Repairing suggestions" (annotated in yellow) when a user clicks on a particular DTC under Fault details: |

**EXHIBIT J TO BOSCH AUTOMOTIVE'S COMPLAINT**

| Claim 8 of U.S. Patent No. 8,473,145 | Accused Products |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=52N8SLkW1D0 at 3:35 |